# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　Facsimile: (212) 317-1620
jmccartney@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021
```

July 13, 2021

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

Re:　　　Ortega Almonte et al v. Hurricane Strauss Inc. et al
　　　　　Case No.:　　1:19-cv-06104

Dear Judge Vyskocil:

　　This office represents Plaintiffs in the above-named matter. On June 21, 2021 the Court entered an order requiring the parties to submit a joint letter regarding the fairness of the proposed settlement in this case. The settlement agreement has been drafted and executed by the defendants; however, the plaintiffs have not yet been able to come into the office to execute the agreement. We respectfully request an extension of time of two weeks, until July 27, 2021, to submit the settlement agreement for the Court's review.

　　There have been no previous requests for an extension of time. Defendants consent to this extension.

　　We thank the Court for the time and attention devoted to this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ James W. McCartney
　　　　　　　　　　　　　　　　　　　　　　James W. McCartney, Esq.

---

**GRANTED. However, counsel is reminded that, pursuant to the Court's Individual Practices, any request for extensions of deadlines must be requested at least 72 hours in advance of the deadline. This request is untimely. Counsel's continued noncompliance with the Court's rules may result in sanctions. SO ORDERED.**

Date: 7/14/2021　　　　　　　　　　　　　　　　　　_/s/ Mary Kay Vyskocil_
New York, New York　　　　　　　　　　　　　　　　Mary Kay Vyskocil
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge