UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL ORTEGA ALMONTE, FIDEL GUZMAN VASQUEZ, FILIMON GONZALEZ VEGA, GERARDO MENDOZA VAZQUEZ, LORENZO GALINDO, MARCELO ORDAZ, MIGUEL ANGEL GALICIA JIMENEZ, JOSUE CHIRIX SIRIN, ERIC FABIAN and DAVID MARQUEZ CONDE individually and on behalf of others similarly situated,

                       Plaintiffs,

      -against-

HURRICANE STRAUSS, INC. (D/B/A WESTVILLE CHELSEA), LAYLA TOV INC. (D/B/A WESTVILLE HUDSON), JAY'S NICKELS AND DIMES, INC. (D/B/A WESTVILLE WEST), JAY STRAUSS, GEORGE MOTZKIN, BRETT TRACEY, LIZ DOE, ALEX DOE, SHAWN DOE, PETER DOE, OLIVER DOE, and CHRIS DOE,

                       Defendants.
------------------------------------------------------------X

Case 1:19-cv-06104-MKV

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

      On July 22, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs FILIMON GONZALEZ VEGA, GERARDO MENDOZA VAZQUEZ, LORENZO GALINDO, MARCELO ORDAZ, MIGUEL ANGEL GALICIA JIMENEZ, JOSUE CHIRIX SIRIN, and ERIC FABIAN, have judgment against Defendants HURRICANE STRAUSS, INC. (D/B/A WESTVILLE CHELSEA), LAYLA TOV INC. (D/B/A WESTVILLE HUDSON), JAY'S NICKELS AND DIMES, INC. (D/B/A WESTVILLE WEST), JAY STRAUSS, GEORGE MOTZKIN, BRETT TRACEY, LIZ DOE, ALEX DOE, SHAWN DOE, PETER DOE, OLIVER DOE, and CHRIS DOE (collectively "Defendants"), jointly and severally, in the amount of $67,500.00, (Sixty Seven Thousand, Five Hundred Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: October 7, 2021                       SO ORDERED,

                                                                 _/s/ Mary Kay Vyskocil_____
                                                                  HON. MARY KAY VYSKOCIL
                                                                  UNITED STATES DISTRICT JUDGE