UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL ORTEGA ALMONTE, *individually and on behalf of others similarly situated*, et al.

                Plaintiffs,

-against-

HURRICANE STRAUSS INC., *doing business as* Westville Chelsea, et al.

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2022

1:19-cv-6104 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The parties in the above-captioned case reached a settlement agreement with the help of the SDNY mediator [ECF No. 69]. Because the Complaint asserts claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and judicial approval is ordinarily required for settlement, the Court directed the parties to submit materials for the Court's review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) [ECF No. 72]. However, the parties instead elected to proceed by offer and acceptance of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure [ECF Nos. 78, 79]. The Court performed its "ministerial" role and entered the judgment [ECF No. 84]. *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 400 (2d Cir. 2019). Accordingly, this case should be closed.

**SO ORDERED.**

Date: July 13, 2022
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**